## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

In The Matter Of The Search Of
Samsung Verizon Cellular
Telephone and Motorola Verizon
Cellular Telephone belonging to
Thomas Murray stored at FBI
Memphis Field Office

Case No: 22-SW-354_____

---

### ATTACHMENT C

### AFFIDAVIT OF JOHN CHEVALIER

I, John Chevalier, Task Force Officer (TFO) of the Federal Bureau of Investigation (FBI),

Memphis Division, being duly sworn, state that the following information is true and correct to

the best of my knowledge, information and belief:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant for the

Samsung Cellular Telephone and Motorola Verizon Cell Phone belonging to Thomas Murray

currently in control of and stored at the FBI Memphis Field Office.  The information to be

searched is described in the following paragraphs and in **Attachment A**.  This affidavit is made

in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and

2703(c)(1)(A.

2.      I am a Memphis Police Officer and have been so employed since August 10,

1998.  I have also been sworn as a Special Federal Officer and a Special Deputy United States

Marshal.  I am currently assigned full-time to the FBI's Memphis Child Exploitation Task Force.

Throughout my law enforcement career I have arrested countless individuals for violations of

law, both misdemeanor and felonious in nature.  I have also participated in multiple search

1



warrants leading to the seizure of items having evidentiary value; these seizures have aided in the successful arrest and prosecution of individuals involved in criminal activity.  Since joining the Task Force I have received training on the investigation and prosecution of child exploitation cases and I have experience in Sex Crimes investigations.  I have gained experience through training in seminars, classes and everyday work related to conducting these types of investigations.

## STATUTES

3.      As an FBI TFO, your Affiant is authorized to investigate federal crimes, including cyberstalking pursuant to Title 18, United States Code, Section 2261A(2). The elements of this offense are that the defendant (1) with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person, (2) used the mail, any interactive computer service or electronic communication, or any other facility of interstate or foreign commerce to engage in a course of conduct that (2) placed that person in reasonable fear of death of or serious bodily injury to that person, an immediate family member, or a spouse or intimate partner, or that person's animal, or (b) caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to that person, an immediate family member, or a spouse or intimate partner.

4.      Facebook is a social networking website and application where users can post comments, share photographs and videos, chat live with other users, and post links to other Internet sites.  Facebook allows users to create customized personal profiles and maintain a friends list, upload and download photos and videos, keep online albums, live stream video, and join online groups.  Facebook services can be accessed from devices with Internet connectivity



to include computers, tablets, and smartphones.  Facebook is owned and operated by Meta Platforms, Inc. whose offices are based in Menlo Park, California.

5.     The following information was obtained through observations and conversations of your Affiant personally, through the assistance of other law enforcement agents and agencies, including their reports, and through other sources specifically named in this affidavit.  Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence of violation of Title 18 U.S.C. Section 2261A(2) will be located in and consist of the items listed in **Attachments A and B,** which are incorporated by reference as if fully set forth herein.

6.     This Affidavit is in support of an application for a search warrant upon the Samsung Cellular Telephone and Motorola Verizon Cell Phone belonging to Thomas Murray currently in control of and stored at the FBI Memphis Field Office.  Based upon the information contained in this Affidavit, I have reason to believe that on said device there is now located certain property which is evidence of the above referenced criminal violation(s).

## PROBABLE CAUSE

7.     Thomas Murray was convicted of receipt and possession of child pornography on July 22, 2022, in case number 2:20-cr-20047-JTF. He was sentenced on November 17, 2022, and is on bond awaiting designation to the Bureau of Prisons.

8.     On November 25, 2022, Kayla Yon (YON) of Illinois filed a complaint with the Munford Police Department, Munford, Tipton County, Tennessee.  YON reported that she posted a picture of her 9 and 16 year old sons on a Facebook group chat.  Thomas Murray (MURRAY) was part of the Facebook group, and had been having conversations in that group prior to



November 25, 2022.  MURRAY downloaded the picture and notified YON, via Facebook Messenger, that he had done so.  YON knows of MURRAY's conviction for child pornography offenses, and asked him to delete the picture.  MURRAY refused and told YON if she called the police he would send the picture to other sex offenders and destroy his phone to get rid of the evidence.  On November 28, 2022, your Affiant received Munford Police Department report 2211085 filed by YON.

9.      On November 28, 2022, your Affiant spoke with YON telephonically.  In addition to the complaint she filed with the Munford Police Department, YON provided the following additional information.  MURRAY told YON that he was going to send the picture to sex offenders and "some guy named Louis."  Your Affiant is aware that MURRAY developed a friendship with a sex offender named Lewis Faulkner, who has since been convicted of production, possession, and distribution of child pornography, while both were in pre-trial detention. YON told your Affiant that when MURRAY threatened to send the picture to sex offenders, she was worried that a pedophile would come to her home to take her children.

10.     When confronted about sending the picture to sex offenders and Louis, MURRAY told YON that he was only doing it to "annoy" her and "piss her off."  Once MURRAY learned that YON had contacted the police, MURRAY told her to "please, please call the cops off" and that he would kill himself if police became involved.  The communications between YON and MURRAY were via Facebook Messenger and text.  After hearing that MURRAY wanted to kill himself, YON deleted her Facebook messages with MURRAY.  YON also wanted to drop her statements because she didn't want MURRAY to kill himself.

11.     YON provided your Affiant with images of her Facebook account and MURRAY's Facebook account. YON verified that her Facebook account was identified with the

4

username "Kayla Moore," and the Facebook site for "Kayla Moore" showed a user ID of "100067430689419" and pictures of YON. The account that was corresponding with YON, with the screen name "Thomas Murray" showed a username of "novemberboy," a username law enforcement had previously associated with Murray's Tumblr account, and includes a picture of Thomas Murray. On November 29, 2022, Murray admitted that he sent the Facebook messages at issue.

12. On November 29, 2022 an arrest warrant was issued for MURRAY in the Western District of Tennessee for violations of his bond conditions. MURRAY was arrested by your Affiant at his home in Munford, Tennessee. During the arrest, MURRAY's Samsung Verizon cellular telephone was seized and brought to the FBI Memphis Field Office. The cellular telephone has a background image of MURRAY. The image is the same as the profile image on MURRAY's Facebook account. Also seized during the arrest was a Motorola Verizon Cellular Phone belonging to MURRAY. This cellular telephone was returned to MURRAY by your affiant on November 22, 2022.

13. YON provided your Affiant with screenshots of Facebook messages from November 25 and November 28, in which Murray continued to contact her, and in which he called her misogynistic epithets. Screenshots of some of the messages are below.









14.     There is probable cause to believe that these messages and others preserved by Facebook, that were sent over the course of several days, constitute a course of conduct engaged in by Murray with the intent to harass YON, and which placed YON in fear of bodily injury to her children and caused or would be reasonably expected to cause substantial emotional distress to YON. Indeed, YON told your Affiant about her substantial fear that pedophiles would take her children if Murray followed through with his threat, and that Murray would carry out his suicide threat if she pursued the threat/harassment claim with the police.

## SPECIFICS OF SEARCH AND SEIZURE OF CELL PHONES

15.     As is the case with most digital technology, communications by way of computer and cell phone can be saved or stored on the device used for these purposes. Storing this information can be intentional, i.e., by saving an e-mail as a file on the computer or saving the location of one's favorite websites in, for example, "bookmarked" files. Digital information can also be retained unintentionally, e.g., traces of the path of an electronic communication may be automatically stored in many places (e.g., in temporary files or within Internet service provider (ISP) client software, among others). In addition to electronic communications, a computer user's Internet activities generally leave traces or "footprints" in the web cache and history files of the browser used. Such information is often maintained indefinitely until overwritten by other data.

16.     Based on the foregoing, and consistent with Rule 41(e)(2)(B), the warrant I am applying for would permit the examination of the device consistent with the warrant. The

---

[1]   Screenshot of messages on November 25, 2022
[2]   Screenshot of messages on November 25, 2022
[3]   Screenshot of messages on November 25, 2022
[4]   Screenshot of messages on November 28, 2022



examination may require authorities to employ techniques, including but not limited to computer-assisted scans of the entire medium, that might expose many parts of the device to human inspection in order to determine whether it is evidence described by the warrant.

17.     Your Affiant is aware cellular extraction software is continually being updated with greater capabilities to extract and process data.

18.     Because this warrant seeks only permission to examine the devices already in law enforcement's possession, the execution of this warrant does not involve the physical intrusion onto a premise. Consequently, there is reasonable cause for the Court to authorize execution of the warrant at any time in the day or night.

**JURISDICTION**

19.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

**CONCLUSION**

20.     There is probable cause to believe that evidence of this offense is located in text messages, photos, and any Facebook application within the Samsung Cellular Telephone and Motorola Verizon Cell Phone belonging to Thomas Murray currently in control of and stored at the FBI Memphis Field Office, further described in **Attachment A** which is incorporated by reference as if set forth fully herein, and listed in **Attachment B** of this Affidavit which is incorporated by reference as if fully set forth herein.  The material is currently in the control of the FBI Memphis Field Office.  Your Affiant requests authority to search for and seize such material at any time in the day or night.

specifically described in **Attachment A** which is incorporated by reference as if fully set forth herein, authorizing the seizure and search of the items described in **Attachment B** herein.


**AND FURTHER, AFFIANT SAITH NOT.**


_____
**JOHN CHEVALIER - AFFIANT**
**Task Force Officer, Federal Bureau of Investigation**


Sworn to and subscribed before me by telephone on this 1st day of December, 2022.

_____
**HON. TU M. PHAM**
**CHIEF UNITED STATES MAGISTRATE JUDGE**